JULY  6, 2024

JUDGE SCHREIER
U.S. FEDERAL COURTHOUSE
400 SOUTH PHILLIPS AVENUE
SIOUX FALLS, SD 57104-6851

RE:  RDAP / COMPASSIONATE RELEASE

Dear Judge Schreier,

I, Corey Peterson, have been meaning to get a letter to you sooner, but due to the passing of my dad, I have not been able to build the courage to do much of anything.

I wanted to let you know that I am grateful for your judgement on my sentence reduction motion. It is good to know a judge can see past a defendant's shortcomings.

Since my father's passing, I have started filling out for compassionate release, but I hope to finish RDAP prior to any granted relief so I can receive the treatment necessary to lower the possibility of my recidivism.

I lost my sister eight years ago, and now, I have lost my dad. I feel as if I have lost so much and often struggle to find the strength to stay positive.

I am hoping I can get directly released to my mother after I complete the RDAP you recommended. I want to take the program to better myself. I know it may sound like a weird request, but I want to get the most out of my stay in prison.

My mother is the last person I have left in my family. She is 76 years old, has had a stroke last year, and suffers from diabetes. I am worried about her health. She has not been able to

visit me even once due to the distance of where I've been incarcerated.

I also wanted to bring to your attention that I was hoping I could be recommended to attend RDAP at the Yankton Camp so I can be close to my mother. But I have a public safety factor due to a charge I received when I was 18 years old. I have tried every way here to get it dropped or removed, but absolutely no one will help me figure it out. I have heard of a 409 form to fill out, but every staff member here, including my unit team, refuses to communicate with me. I fill out cop-outs and also just ask. I should be in the process of having my RDAP placement being chosen soon. I don't know if you can help me or point in the right direction. I just want to be close to my mom, so she can visit me while I do treatment. Please any help would be appreciated.

I also started a Personal Trainer Program so I can be certified to help train people at the gym when I get released.

I hope you are well and work isn't too stressful.  Please take care.

Sincerely,

Corey Peterson
Reg No. 18742-273
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

2

Case 4:20-cr-40090-KES   Document 83   Filed 07/22/24   Page 3 of 4 PageID #: 288

COREY PETERSON
REG. NO. 18742-273
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OXFORD, WI. 53952

16 JUL 2024   PM 2   L

⇔18742-273⇔
Judge Schreier
U.S Courthouse
400 S Phillips AVE
Sioux Falls, SD 57104-6851
United States

57104-684899

